No. 05–8825.  MASWAI v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–8830.  WARREN v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 05–8832.  AVALOZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 05–346.  BEARD, SECRETARY, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, ET AL. v. BRONSHTEIN.  C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  JUSTICE ALITO took no part in the consideration or decision of this motion and this petition.

No. 05–543.  HWANG GEUM JOO ET AL. v. JAPAN.  C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–583.  GAMMICK ET AL. v. BOTELLO.  C. A. 9th Cir.  Motion of Nevada District Attorneys Association for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 05–662.  LATOJA v. CARNIVAL CORP., DBA CARNIVAL CRUISE LINES, INC.  C. A. 11th Cir.  Certiorari denied.  JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 05–697.  FU-CHIANG TSUI v. TSAI-YI YANG.  C. A. 3d Cir. Certiorari denied.  JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–714.  HANCOCK ET VIR v. WALT DISNEY WORLD INC., DBA DISNEYLAND HOTEL, ET AL.  C. A. 9th Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–741.  WRIGHT ET AL. v. POTOMAC ELECTRIC POWER CO. ET AL.  C. A. D. C. Cir.  Certiorari denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.